UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PATRICIA MANNING, | Case No. CV-15-164-M-DLC |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the case be REVERSED and REMANDED for further administrative proceedings including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g).

      Dated this 24th day of April, 2017.

                TYLER P. GILMAN, CLERK

                By: /s/ Annie Puhrmann
                Annie Puhrmann, Deputy Clerk